## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AARON WILSON, SR.,                        :
                                          :
    Plaintiff,                        :
                                          :    Civil Action No. 26-171-GBW-SRF
    v.                                :
                                          :
SERGEANT EUGENE REID,                     :
                                          :
    Defendant.                        :
                                          :

## ORDER

AND NOW, this 27th day of July 2026, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued by Magistrate Judge Sherry R. Fallon ("Judge Fallon") on June 11, 2026 (D.I. 7) is ADOPTED. Plaintiff's original Complaint against defendant Sergeant Eugene Reid (D.I. 2) is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's Amended Complaint (D.I. 8), filed on June 16, 2026, is now the operative Complaint.

3. Judge Fallon shall review and screen Plaintiff's Amended Complaint (D.I. 8) pursuant to 28 U.S.C. § 1915(e)(2)(B) and issue a Report and Recommendation.

_____
Gregory B. Williams
UNITED STATES DISTRICT JUDGE